UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22MJ227(1) JFD

United States of America,

          Plaintiff,

v.                                                                  **ORDER FOR APPOINTMENT
                                                                    OF COUNSEL**

Matthew James Cuypers, Jr.,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Ryan Garry, Attorney ID 0336129, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  March 29, 2022                        *s/ Becky R. Thorson*
                                                       Honorable Becky R. Thorson
                                                       United States Magistrate Judge